**FILED**

IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

NOV 16 2007

CLERK
U. S. DISTRICT COURT
MIDDLE DIST. OF ALA.

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CR. NO 2:07CR285-MHT |
| v. | ) | |
| | ) | [18 USC 371 |
| TOMMY JORDAN | ) | 26 USC 7206(2) |
| | ) | 18 USC 2] |
| | ) | |
| | ) | **INDICTMENT** |

The Grand Jury charges:

## COUNT 1–CONSPIRACY

1.  At all times relevant to this Indictment:

    a.  The defendant TOMMY JORDAN operated a tax preparation business in Montgomery, Alabama under the name Tax Tyme.

    b.  Felicia Jackson and Tumekia Sanders were Tax Tyme employees.

2.  From at least as early as in or about January 2005 through at least as late as May 2005, the exact dates being unknown to the grand jury, in Montgomery County, in the Middle District of Alabama, and elsewhere, the defendant

TOMMY JORDAN

did conspire with Felicia Jackson, Tumekia Sanders, and others known and unknown to the grand jury to defraud the United States and an agency thereof for the purpose of impeding, impairing, obstructing, and defeating the lawful Government functions of the Internal Revenue Service ("IRS") in the ascertainment, computation, assessment, and collection of revenue, that is, income taxes.

3. In order to effect the object of the conspiracy, the defendant

TOMMY JORDAN

and his co-conspirators did a number of overt acts in the Middle District of Alabama, and elsewhere. In particular, on or about the dates set forth below, JORDAN and his co-conspirators caused to be filed federal income tax returns for the tax year 2004, which were false and fraudulent and sought refunds well in excess of the true refund, if any, owed to the taxpayer, as follows:

| Date | Taxpayer | Refund | Preparer | False Nature of Return |
|---|---|---|---|---|
| 01/14/2005 | Georgia S. | $3,497 | Jordan | 1. Fabricated business income and expenses. |
| 01/14/2005 | Stanley C. | $4,300 | Jordan | 1. Overstated income. |
| 01/14/2005 | Curtis F. | $4,300 | Jordan | 1. Overstated income. |
| 01/14/2005 | Henry R. | $2,604 | Jordan | 1. Overstated income. |
| 02/07/2005 | Shenika D. | $4,769 | Sanders | 1. Fabricated business income and expenses. |
| 02/07/2005 | Ronda C. | $4,642 | Jackson | 1. Overstated income. |
| 02/07/2005 | Teresa D. | $5,505 | Sanders | 1. Fabricated business income and expenses. |
| 02/14/2005 | Frank M. | $4,783 | Jackson | 1. Overstated income. |
| 02/14/2005 | Maranda C. | $4,300 | Sanders | 1. Filed without authority of taxpayer. <br> 2. Overstated income. <br> 3. Falsely claimed dependents. |
| 02/14/2005 | Harvey B. | $5,465 | Jackson | 1. Fabricated business income and expenses. <br> 2. Falsely claimed dependent. |
| 02/14/2005 | Sandrill Z. | $4,730 | Jackson and Jordan | 1. Overstated income. |
| 02/14/2005 | Monico H. | $2,604 | Jordan | 1. Overstated income. |

| Date | Taxpayer | Refund | Preparer | False Nature of Return |
|---|---|---|---|---|
| 02/14/2005 | Roderick H. | $4,300 | Sanders | 1. Filed without authority of taxpayer.<br>2. Overstated income.<br>3. Falsely claimed dependents. |
| 02/14/2005 | Arnola F. | $4,300 | Jackson | 1. Filed without authority of taxpayer.<br>2. Overstated income.<br>3. Falsely claimed dependents. |
| 02/14/2005 | Torey H. | $4,300 | Sanders | 1. Overstated income. |
| 02/18/2005 | Mary C. | $5,358 | Jordan | 1. Fabricated business income and expenses. |
| 02/21/2005 | Clyde D. | $4,780 | Sanders | 1. Overstated income.<br>2. Falsely claimed dependents. |
| 02/21/2005 | Ethel J. | $5,348 | Jackson | 1. Overstated income.<br>2. Falsely claimed dependents. |
| 02/21/2005 | Shirley V. | $4,300 | Jackson | 1. Filed without authority of taxpayer.<br>2. Overstated income.<br>3. Falsely claimed dependents. |
| 02/28/2005 | Felicia J. | $4,300 | Sanders | 1. Filed without authority of taxpayer.<br>2. Overstated income.<br>3. Falsely claimed dependents. |
| 02/28/2005 | Neil W. | $4,300 | Jackson | 1. Filed without authority of taxpayer.<br>2. Overstated income.<br>3. Falsely claimed dependents. |
| 03/07/2005 | Tiffany F. | $4,986 | Sanders | 1. Overstated income. |
| 03/07/2005 | Jasmine F. | $3,136 | Sanders | 1. Overstated income. |
| 03/07/2005 | Samantha R. | $2,942 | Jordan | 1. Overstated income. |
| 05/16/2005 | Lucille B. | $2,604 | Jackson | 1. Filed without authority of taxpayer.<br>2. Overstated income.<br>3. Falsely claimed dependents. |

| Date | Taxpayer | Refund | Preparer | False Nature of Return |
|---|---|---|---|---|
| 05/23/2005 | Gertrude W. | $2,604 | Jordan | 1. Filed without authority of taxpayer.<br>2. Overstated income.<br>3. Falsely claimed dependents. |

All in violation of Title 18, United States Code, Section 371.

## COUNTS 2-27–AIDING FILING OF FALSE TAX RETURN

1. The allegations set forth in paragraphs 1 through 3 of Count 1 of this Indictment are hereby realleged as if set forth herein.

2. On or about the dates set forth below, in the Middle District of Alabama, and elsewhere, the defendant

TOMMY JORDAN

while aiding and abetting and being aided and abetted by Felicia Jackson, Tumekia Sanders, and others known and unknown to the grand jury, did willfully aid and assist in, and procure, counsel, and advise the preparation and presentation to the Internal Revenue Service, of U.S. Individual Income Tax Returns, Forms 1040 and 1040A for the calendar year 2004, for the taxpayers set forth below, which were false and fraudulent as to material matters as described below, which caused and attempted to cause the IRS to pay refunds in the amounts described below, which the taxpayers either were not entitled to at all, or which were in an amount significantly in excess of the amount they were entitled to, as described below:

| Count | Date | Taxpayer | Refund | Preparer | False Nature of Return |
|---|---|---|---|---|---|
| 2. | 01/14/2005 | Georgia S. | $3,497 | Jordan | 1. Fabricated business income and expenses. |
| 3. | 01/14/2005 | Stanley C. | $4,300 | Jordan | 1. Overstated income. |

-4-

| Count | Date | Taxpayer | Refund | Preparer | False Nature of Return |
|---|---|---|---|---|---|
| 4. | 01/14/2005 | Curtis F. | $4,300 | Jordan | 1. Overstated income. |
| 5. | 01/14/2005 | Henry R. | $2,604 | Jordan | 1. Overstated income. |
| 6. | 02/07/2005 | Shenika D. | $4,769 | Sanders | 1. Fabricated business income and expenses. |
| 7. | 02/07/2005 | Ronda C. | $4,642 | Jackson | 1. Overstated income. |
| 8. | 02/07/2005 | Teresa D. | $5,505 | Sanders | 1. Fabricated business income and expenses. |
| 9. | 02/14/2005 | Frank M. | $4,783 | Jackson | 1. Overstated income. |
| 10. | 02/14/2005 | Maranda C. | $4,300 | Sanders | 1. Filed without authority of taxpayer. 2. Overstated income. 3. Falsely claimed dependents. |
| 11. | 02/14/2005 | Harvey B. | $5,465 | Jackson | 1. Fabricated business income and expenses. 2. Falsely claimed dependent. |
| 12. | 02/14/2005 | Sandrill Z. | $4,730 | Jackson and Jordan | 1. Overstated income. |
| 13. | 02/14/2005 | Monico H. | $2,604 | Jordan | 1. Overstated income. |
| 14. | 02/14/2005 | Roderick H. | $4,300 | Sanders | 1. Filed without authority of taxpayer. 2. Overstated income. 3. Falsely claimed dependents. |
| 15. | 02/14/2005 | Arnola F. | $4,300 | Jackson | 1. Filed without authority of taxpayer. 2. Overstated income. 3. Falsely claimed dependents. |
| 16. | 02/14/2005 | Torey H. | $4,300 | Sanders | 1. Overstated income. |
| 17. | 02/18/2005 | Mary C. | $5,358 | Jordan | 1. Fabricated business income and expenses. |

| Count | Date | Taxpayer | Refund | Preparer | False Nature of Return |
|---|---|---|---|---|---|
| 18. | 02/21/2005 | Clyde D. | $4,780 | Sanders | 1. Overstated income.<br>2. Falsely claimed dependents. |
| 19. | 02/21/2005 | Ethel J. | $5,348 | Jackson | 1. Overstated income.<br>2. Falsely claimed dependents. |
| 20. | 02/21/2005 | Shirley V. | $4,300 | Jackson | 1. Filed without authority of taxpayer.<br>2. Overstated income.<br>3. Falsely claimed dependents. |
| 21. | 02/28/2005 | Felicia J. | $4,300 | Sanders | 1. Filed without authority of taxpayer.<br>2. Overstated income.<br>3. Falsely claimed dependents. |
| 22. | 02/28/2005 | Neil W. | $4,300 | Jackson | 1. Filed without authority of taxpayer.<br>2. Overstated income.<br>3. Falsely claimed dependents. |
| 23. | 03/07/2005 | Tiffeany F. | $4,986 | Sanders | 1. Overstated income. |
| 24. | 03/07/2005 | Jasmine F. | $3,136 | Sanders | 1. Overstated income. |
| 25. | 03/07/2005 | Samantha R. | $2,942 | Jordan | 1. Overstated income. |
| 26. | 05/16/2005 | Lucille B. | $2,604 | Jackson | 1. Filed without authority of taxpayer.<br>2. Overstated income.<br>3. Falsely claimed dependents. |
| 27. | 05/23/2005 | Gertrude W. | $2,604 | Jordan | 1. Filed without authority of taxpayer.<br>2. Overstated income.<br>3. Falsely claimed dependents. |

All in violation of Title 26, United States Code, Section 7206(2) and Title 18, United States Code, Section 2.

A TRUE BILL:

_____
Foreperson

_____
LEURA G. CANARY
United States Attorney

_____
Andrew O. Schiff
Assistant United States Attorney