AO 442    (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT

<u>MIDDLE</u>     District of     <u>ALABAMA</u>

UNITED STATES OF AMERICA

V.

TOMMY JORDAN
MONTGOMERY, AL

## WARRANT FOR ARREST

Case Number:   2:07cr285-MHT

To: The United States Marshal
    and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest       <u>TOMMY JORDAN</u>
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

| | | |
|---|---|---|
| X Indictment | ☐ Information | ☐ Complaint |
| ☐ Order of court | ☐ Probation Violation Petition | ☐ Supervised Release Violation Petition |
| ☐ Violation Notice | | |

charging him or her with   (brief description of offense)
CONSPIRACY TO COMMIT OFFENSE OR DEFRAUD THE UNITED STATES (1 Count)
AIDING FILING OF FALSE TAX RETURN(26 Counts)

in violation of Title    <u>18 and 26</u>    United States Code, Section(s)       <u>371; 7206(2)</u>

<u>DEBRA P. HACKETT</u>
Name of Issuing Officer

by: _____
Signature of Issuing Officer

<u>CLERK OF COURT</u>
Title of Issuing Officer

11/21/2007
Date and Location

---

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

AO 442    (Rev. 12/85) Warrant for Arrest

## THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:

DEFENDANT'S NAME:  _____

ALIAS:  _____

LAST KNOWN RESIDENCE:  _____

LAST KNOWN EMPLOYMENT:  _____

PLACE OF BIRTH:  _____

DATE OF BIRTH:  _____

SOCIAL SECURITY NUMBER:  _____

HEIGHT:  _____        WEIGHT:  _____

SEX:  _____        RACE:  _____

HAIR:  _____        EYES:  _____

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS:  _____

_____

_____

FBI NUMBER:  _____

COMPLETE DESCRIPTION OF AUTO:  _____

_____

INVESTIGATIVE AGENCY AND ADDRESS:  _____

_____

_____

_____