IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | |
| vs. ) | CR. NO.:    2:07-CR-285-MHT |
| ) | |
| TOMMY JORDAN ) | |
| ) | |

**ORDER**

For good cause, it is

**ORDERED** that an initial appearance and arraignment of the defendant be and is hereby scheduled for **April 3, 2008 at 11:00 a.m.**, in **courtroom 4A**, before **United States Magistrate Judge Terry F. Moorer**, Frank M. Johnson, Jr United States Courthouse Complex, One Church Street, Montgomery, Alabama.   If the defendant is in custody, the United States Marshal or the person having custody of the defendant shall produce the defendant for the proceeding.

Done this 1st  day of April, 2008.

/s/Terry F. Moorer
TERRY F. MOORER
U. S. MAGISTRATE JUDGE