IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | * |
|     Complainant, | * |
| vs. | * CASE NUMBER 2:07-CR-00285-MHT-TFM |
| TOMMY JORDON | * |
|     Defendant. | * |

### DEFENDANT'S MOTION TO CONTINUE CASE

**COMES NOW** the Defendant, Tommy Jordon, through his counsel of record, and asks the court to continue this case. This is a complicated income tax preparation case and counsel has been furnished with hundreds of pages of discovery information. Additionally, there are numerous witnesses in the case. Counsel will need additional time to prepare for trial in the case and therefore asks that the case be continued from the present June 23, 2008 trial date to the court's next trial term in September. Counsel has co-ordinated this request for continuance with the Assistant United States Attorney prosecuting the case and he has no objection.

Respectfully submitted,

s/Everett M. Urech
**EVERETT M. URECH**
**AL BAR NO.: ASB-6693-E44E**
Attorney for Defendant
Urech & Livaudais, P.C.
P.O. Drawer 70
510 N. Daleville Ave
Daleville, AL 36322
TEL: (334) 598-4455 FAX: (334) 598-2076
E-Mail: daleattyeu@graceba.net

1

## **CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I have this date delivered a copy of the foregoing to the Mr. Andrew Shiff, Assistant United States Attorney, Middle District of Alabama, by electronically filing, this the 1st day of May, 2008.

                                                      s/Everett M. Urech

                                                     EVERETT M. URECH