IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | * |
| Complainant, | * |
| vs. | *   CASE NUMBER   2:07-CR-00285-MHT-TFM |
| TOMMY JORDAN | * |
| Defendant. | * |

### DEFENDANT'S MOTION TO RESET PRETRIAL HEARING

**COMES NOW** the Defendant, Tommy Jordan, through his counsel of record, and asks the court to reset the pre-trial hearing now set for May 19, 2008.  This case has been continued until the September 22, 2008 term of court and counsel desires a later pre-trial hearing date, if possible.

Counsel has co-ordinated this with counsel for the government, who has no objection.

Respectfully submitted,

s/Everett M. Urech
**EVERETT M. URECH**
**AL BAR NO.: ASB-6693-E44E**
Attorney for Defendant
Urech & Livaudais, P.C.
P.O. Drawer 70
510 N. Daleville Ave
Daleville, AL 36322
TEL: (334) 598-4455 FAX: (334) 598-2076
E-Mail: daleattyeu@graceba.net

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that I have this date delivered a copy of the foregoing to the Mr. Andrew Shiff, Assistant United States Attorney, Middle District of Alabama, by electronically filing, this the 15th day of May, 2008.

s/Everett M. Urech

EVERETT M. URECH