IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v ) | Case No. 2:07cr285-MHT |
| ) | |
| TOMMY JORDAN ) | |

**ORDER**

The Motion to Continue filed by the defendant (Doc. 13) filed 5/15/2008 is GRANTED. A pretrial conference in this matter will be held on 7/28/2008, at 10:00 a.m. before the undersigned Magistrate Judge in Courtroom 4-A.

DONE, this 16th day of May, 2008.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATE MAGISTRATE JUDGE