IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v | ) | CRIMINAL ACTION NO. |
| | ) | 2:07CR285-MHT |
| TOMMY JORDAN | ) | |

**ORDER**

For good cause,

It is ORDERED that the pre-trial hearing currently set for July 28, 2008 at 11:00 a.m. is **reset for July 29, 2008, at 11:00 a.m.** in Courtroom 4A, Frank M. Johnson, Jr. Federal Building and United States Courthouse Complex, One Church Street, Montgomery, Alabama, before the undersigned Magistrate Judge. If the defendant is in custody, the United States Marshal shall arrange for the defendant's appearance at this proceeding.

DONE, this 3rd day of July, 2008.

/s/ Terry F. Moorer
TERRY F. MOORER
UNITED STATE MAGISTRATE JUDGE