IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

UNITED STATES OF AMERICA          )
                                  )
          v.                      )          CR. NO. 2:07-cr-285-MHT
                                  )
TOMMY JORDAN                      )

## ORDER

Upon consideration of Defendant's *Motion for Additional Discovery* (Doc. 15, filed 6/30/2008) and for good cause, it is **ORDERED** that the United States file a reply to the motion on or before July 11, 2008.

A hearing on the motion will be held on 7/29/2008, at 11:00 a.m. before the undersigned Magistrate Judge in Courtroom 4-A. The Clerk is directed to provide a court reporter for this proceeding. If the defendant is in custody, the United States Marshal shall arrange for the defendant's appearance at this proceeding.

DONE this 7th day of July, 2008.


                              /s/Terry F. Moorer
                              TERRY F. MOORER
                              UNITED STATES MAGISTRATE JUDGE