IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CR. NO. 2:07cr285-MHT |
| ) | |
| TOMMY JORDAN ) | |

## UNITED STATES' RESPONSE TO DEFENDANT'S SUPPLEMENTAL MOTION FOR DISCOVERY TAX RETURN INFORMATION

Comes now the United States of America, by and through Leura G. Canary, United States Attorney for the Middle District of Alabama, and files the instant Response to Defendant Tommy Jordan's Supplemental Motion for Discovery Tax Return Information as follows:

All the parties have agreed to resolve the motion, and an agreed upon form of the order is being submitted to the Court.

Respectfully submitted this 15th day of July, 2008.

                                            LEURA G. CANARY
                                            UNITED STATES ATTORNEY

                                            /s/Andrew O. Schiff
                                            ANDREW O. SCHIFF
                                            Assistant United States Attorney
                                            131 Clayton Street
                                            Montgomery, AL 36104
                                            Phone: (334) 223-7280
                                            Fax: (334) 223-7135
                                            E-mail: andrew.schiff@usdoj.gov

IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) | CR. NO. 2:07cr285-MHT |
| ) | |
| TOMMY JORDAN ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on July 15, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Everett McRae Urech, Esq.

Respectfully submitted,

/s/Andrew O. Schiff
ANDREW O. SCHIFF
Assistant United States Attorney
131 Clayton Street
Montgomery, AL 36104
Phone: (334) 223-7280
Fax: (334) 223-7135
E-mail: andrew.schiff@usdoj.gov