IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| Complainant, | * | |
| vs. | * | CASE No. 2:07-CR-00285-MHT-TFM |
| TOMMY JORDAN | * | |
| Defendant. | * | |

**DEFENDANT'S SECOND MOTION TO CONTINUE CASE**

**COMES NOW** the Defendant, Tommy Jordan, through his counsel of record, and asks the court to continue this case. This is a complicated income tax preparation case and counsel has been furnished with hundreds of pages of discovery information. Additionally, there are numerous witnesses in the case. Counsel recently has received several hundred more pages of additional discovery in the case that he needs to go through to prepare for trial. Also, counsel has several state court criminal trials that are set before this case in September that will compete with his time to prepare this case.

Counsel needs additional time to prepare for trial in the case and therefore asks that the case be continued from the present September 22, 2008 trial date to the court's first term in the beginning of the new year.

Counsel has co-ordinated this request for continuance with the Assistant United States Attorney prosecuting the case and he has no objection.

Dated this the 26th day of August, 2008.

        Respectfully submitted,

        s/Everett M. Urech
        EVERETT M. URECH
        AL BAR NO.: ASB-6693-E44E
        Attorney for Defendant
        Urech & Livaudais, P.C.
        P.O. Drawer 70
        510 N. Daleville Ave
        Daleville, AL 36322
        TEL: (334) 598-4455 FAX: (334) 598-2076
        E-Mail: daleattyeu@graceba.net

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that I have this date delivered a copy of the foregoing to the Mr. Andrew Shiff, Assistant United States Attorney, Middle District of Alabama, by electronically filing, this the 26th day of August, 2008.

        s/Everett M. Urech
        EVERETT M. URECH