IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| vs. | ) | CR. NO.:   2:07cr285-MHT |
| | ) | |
| | ) | |
| TOMMY JORDAN | ) | |

**ORDER ON MOTION**

Upon consideration of Government*s Unopposed Motion to Modify Defendant's Conditions of Release* (filed 8/26/2008, Doc. #23), and for good cause shown, the Court hereby

**GRANTS** the *Motion*, and adds as a condition of release that the defendant not engage in the business of tax preparation.

Done this 26th day of August, 2008.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE