IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL ACTION NO. |
| | ) | 2:07cr285-MHT |
| TOMMY JORDAN | ) | (WO) |

ORDER

The government and the defendant having informed the court that this case will go to trial, it is ORDERED that, on or before December 30, 2008, they are each to file a brief (1) summarizing the evidence to be presented at trial; (2) setting forth the elements of the crime(s) charged and how the evidence does or does not satisfy those elements; and (3) addressing any evidentiary issues they think may arise at trial.

DONE, this the 18th day of December, 2008.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE